LANETTE Michelle Bashore # 70197-198
Victorville Camp FCI Med, I
PO Box 5300
Adelanto, CA 92301

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 04 2026

MITCHELL R. ELFERS
CLERK

In The United States District Court
for the District of Albuquerque, NM

| | |
|---|---|
| United States of America, <br> Plaintiff, <br><br> vs. <br><br> LANETTE Michelle Bashore, <br> Defendant. | CR No. 24CR544 MLG <br><br> Retroactive Amended Guideline Range Under §1B1.10(b), 1B1.10(d) Which Amends My Sentence from ___30___ months to ___13___ months & Considering the 3553(a) Factors in the Present Not At Sentencing; Exhibit 1. |

It is axiomatic that pro se filings should be liberally construed. See Erickson v. Pardus, 551 U.S 89, 94 (2007). "In practice, this liberal construction allows courts to recognize claims despite various formal deficiencies, such as incorrect labels or lack of cited legal authority." Wall v. Rasnick, 42 F. 4th 214, 218 (4th Cir. 2022) I am asking for the following.

_____ Zone A criminal history authorizes a sentence of probation with or without any conditions of confinement, in addition to sentencing options in zone B, D.

_____ zone B authorizes a sentence of probation, provided that the minimum term of imprisonment specified in the guideline range is satisfied by a period of intermittent confinement, community confinement, or home detention, as provided by the schedule of substitute punishments at §5C1.1(e). In addition, zone B provides for the sentencing options authorized in zone C and D. See §§ 5B1.1(a)(2), 5C1.1, comment. (n.3)

✓ zone C authorizes a 'split sentence' of imprisonment, in which at least one-half of the minimum term specified in the guideline range is satisfied by a period of imprisonment and the remainder is satisfied by a term of supervised release with a condition substituting community confinement or home detention according to the schedule of substitute punishments provided at §5C1.1(e). In addition, zone C provides for sentencing options authorized in zone D. See §5C1.1(d), id., comment. (n.4)

_____ zone D authorizes sentences of imprisonment only. See §5C1.1(f).

Under 18 U.S.C. § 3553(a) factors relative to the present if looked at sentencing no one would get this amendment. I have _done well in pretrial,_ been programming while incarcerated, I am not a flight risk, nor a danger to society as I have low recidivism (Exhibit 1).

1

___ Drug Cases: my drug quantity was _____ of _____ so it went from _____ to _____, bringing my sentence down to _____ from _____ I am asking for a sentence reduction of _____ months to _____ months.

✓ Financial Cases: my restitution of $350,000 _____ went from 19 to 12 level. It brings my sentence down to 12 from 30 I am asking for a sentence reduction of 20 months to 12 months. USSG § 2B1.1(b)(1).

Therefore, I respectfully ask that my sentence be reduced from 30 months to 12, and because I am in Zone C, I ask that I spend 6 months incarcerated and 6 months supervised release under USSG § 5C1.1(d)(n.4).

_Lanette M. Basham_   Adelanto, CA   May 1st, 2026

2

Exhibit 1



## Individualized Needs Plan - Initial Classification    (Inmate Copy)

**Dept. of Justice / Federal Bureau of Prisons**

Plan is for inmate: BASHORE, LANETTE MICHELLE  70197-198

SEQUENCE: 00701317
Team Date: 03-10-2026

| | | | |
|---|---|---|---|
| Facility: | VIM  VICTORVILLE MED I FCI | Proj. Rel. Date: | 03-29-2028 |
| Name: | BASHORE, LANETTE MICHELLE | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | **70197-198** | DNA Status: | PREBOP TST / 01-09-2026 |
| Age: | 80 | | |
| Date of Birth: | 09-21-1945 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Inmate Photo ID Status

| No photo ID - Expiration: null |
|---|

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| VIM | C-MED IDLE | CAMP MEDICAL IDLE | 02-19-2026 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| VIM | ESL HAS | ENGLISH PROFICIENT | 05-02-1997 |
| VIM | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-19-1997 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| VIM | | RELEASE PREPARATION UNIT C | 03-03-2026 | CURRENT |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 02-19-2026 |
| SCRN1-MH | SCRN1-MENTAL HEALTH | 01-21-2026 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 02-21-2026 |
| NO PAPER | NO PAPER MEDICAL RECORD | 02-19-2026 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-28-1997 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 03-03-2026 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**    **PART**    **FINANC RESP-PARTICIPATES**    **Start: 05-13-1997**

Inmate Decision:    **AGREED**    **$50.00**    Frequency: **MONTHLY**

Payments past 6 months:    **$0.00**    Obligation Balance: **$349,750.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | ASSMT | $50.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |
| 3 | REST FV | $350,000.00 | $349,750.00 | IMMEDIATE | WAIT PLAN |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |

**FRP Deposits**



## Individualized Needs Plan - Initial Classification    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: BASHORE, LANETTE MICHELLE  70197-198

SEQUENCE: 00701317
Team Date: 03-10-2026

Trust Fund Deposits - Past 6 months:   $ N/A

Payments commensurate ?   N/A

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-03-2026 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 03-03-2026 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 03-03-2026 |
| N-COGNTV N | NEED - COGNITIONS NO | 03-03-2026 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 02-12-2026 |
| N-EDUC N | NEED - EDUCATION NO | 03-03-2026 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 03-03-2026 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 03-03-2026 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-03-2026 |
| N-MEDICL N | NEED - MEDICAL NO | 03-03-2026 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 03-03-2026 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 03-03-2026 |
| N-TRAUMA N | NEED - TRAUMA NO | 03-03-2026 |
| N-WORK N | NEED - WORK NO | 03-03-2026 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 03-03-2026 |

### Progress since last review

Initial designation. No progress to report.

### Next Program Review Goals

Complete a personal growth course by next program review.

### Long Term Goals

Complete a victim impact related course by 3/2027.
Complete all outstanding FSA needs by your PRD.

### RRC/HC Placement

Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments

** No notes entered **

LANETTE MICHELLE BASHORE
# 70197-198
VICTORVILLE CAMP FCI MED 1
P.O. BOX 5300
Adelanto, CA. 92301

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 04 2026

MITCHELL R. ELFERS
CLERK

SN BERNARDINO CA

1 MAY 2026   PM 4

PURPLE HEART

Attn: Clerk
Pete U Domenici - United States Courthouse
333 Lomas Boulevard, N.W. Suite 270
Albuquerque, New Mexico 87102

87102-227470